1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

11 CECIL SHAW,                         )  No.  5:13-cv-04161-HRL
                                       )
12          Plaintiff,                 )  **STIPULATION FOR DISMISSAL OF**
                                       )  **ACTION**
13     vs.                             )
                                       )
14 JASSI DHILLON, INC., et al.,        )
                                       )
15          Defendants.                )
                                       )
16                                     )
                                       )
17 _____ )

1    IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants David Farley, Trustee of the Tikvica Family Trust; and Matthew D. Miholovich, Trustee of the Tikvica Family Trust; the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice in its entirety.

Date: December 20, 2013                     MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorneys for Plaintiff
                                            Cecil Shaw

Date: December 20, 2013                     ANTONIOLI & FARLEY


                                            */s/ David E. Farley*
                                            David E. Farley
                                            Attorneys for Defendants
                                            David Farley, Trustee of the Tikvica Family Trust;
                                            and Matthew D. Miholovich, Trustee of the
                                            Tikvica Family Trust